In the Matter of the Construction of the Will of ABRAHAM S. ROSENTHAL, Deceased.

Surrogate's Court, New York County, October 19, 1953.

*Jack M. Ginsberg (Joseph M. Proskauer, Charles Looker* and *Norma Hack* of counsel), as attorney and special guardian for Jean L. Tanburn, petitioner.

*Albert B. Maginnes, Leonard A. Blue* and *Douglas A. Wits-chieben* for Rhea R. Hoffheimer and others, as trustees under the will of Abraham S. Rosenthal, deceased, respondents.

*Leo H. Hirsch, Jr.,* for Samuel R. Feller and another, as executors of Stephen A. Tanburn, deceased, respondent.

*Nathaniel L. Goldstein, Attorney-General (P. Hodges Combier* of counsel), in his statutory capacity under section 12 of the Personal Property Law and section 113 of the Real Property Law, respondent.

COLLINS, S. Costs and disbursements taxed and allowances fixed. The court holds that paragraph eighteenth of decedent's will is applicable on the question of charging the expenses of this construction proceeding and requires that they be paid from the interests of the petitioner under the will (*Matter of Silk,* N. Y. L. J., Jan. 15, 1936, p. 262, col. 7). Decree construing will signed.